UNITED STATES DISTRICT COURT
THIRD DIVISION
DISTRICT OF MINNESOTA

| | |
|---|---|
| Anika Kay Enter and Joel Mark Enter,<br><br>     Plaintiffs,<br><br>vs.<br><br>Milwaukee Casualty Insurance Company<br>d/b/a Unitrin Insurance Company,<br><br>     Defendant and Third-Party<br><br>     Plaintiff,<br><br>vs.<br><br>Robin D. Krech, William D. Krech, Christina<br>A. Krech, and Krech Companies, L.L.C. | **Civil No. 05-0445 (PAM/RLE)**<br><br>**ORDER FOR DISMISSAL<br>WITHOUT PREJUDICE** |

   Upon the Stipulation of Dismissal without Prejudice executed by the parties and filed in this matter, it is hereby ordered as follows:
 Any and all subrogation and third-party claims by Defendants and Third-Party Plaintiff Milwaukee Casualty Insurance Company in this matter are hereby dismissed without prejudice, and in their entirety, but without any award of costs or disbursements to any of the parties.  There being no just reason for delay, let judgment be entered accordingly.


Dated:  March 28 , 2006               BY THE COURT:

                                              s/Paul A. Magnuson
                                              Paul A. Magnuson, Judge
                                              United States District Court